UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 22-cr-20170
                                                    Hon. Nancy G. Edmunds

vs.

WAHID MAKKI,

        Defendant.
_____/

## ORDER FOR PAYMENT OF FORFEITURE MONEY JUDGMENT WITH BOND MONEY

     Before this court is a Stipulation for Order for Payment of Forfeiture Money Judgment with Bond Money authorizing the Clerk of the United States District Court for the Eastern District of Michigan to forward collateral posted for Defendant, Wahid Makki's, secured bond to the United States Marshals Service for payment of Defendant's anticipated personal forfeiture money judgment.

     Upon consideration of the Stipulation, the Court grants the Parties' request and Orders that the Clerk of this Court forward any and all funds posted as surety on behalf of Defendant, Wahid Makki, Case No. 2:22-cr-20170, to the **United States Marshals Service** and reference "Personal Forfeiture Money Judgment – Case No. 2:22-cr-20170".

Payment(s) should be sent by overnight mail or FedEx to:

**United States Attorney's Office**
**Attn: AUSA Jessica A. Nathan, MLAR**
**211 W. Fort St., Ste. 2001**
**Detroit, MI 48226**

or under other instruction of the United States Attorney's Office.

The funds shall be held in the Department of Justice Seized Asset Fund, an interest-bearing account, pending the Parties' civil or criminal forfeiture proceedings.

                                            s/Nancy G. Edmunds
                                            NANCY G. EDMUNDS
                                            UNITED STATES DISTRICT JUDGE

Dated:   April 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager